UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MICHAEL MILANO,

        Plaintiff,  :  CV 09-

  -against-       :  STATEMENT PURSUANT
             TO LOCAL CIVIL RULE 7.1

JP MORGAN CHASE BANK, N.A.,  :

        Defendant. :

----------------------------------------------------------------X

*[Filed stamp: IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y, SEP 23 2009, BROOKLYN OFFICE]*

*[Case number: 09 4087]*

*[WEXLER, J. / BOYLE, M.J.]*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A. certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

      JPMorgan Chase & Co.

Dated: September 23, 2009

                JPMORGAN CHASE LEGAL
                AND COMPLIANCE DEPARTMENT
                By: *[signature]*
                  Frederic L. Lieberman
                Attorneys for Defendant
                One Chase Manhattan Plaza, Floor 26
                New York, New York 10081
                (212) 552-1815
                frederic.l.lieberman@jpmchase.com