UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICHAEL MILANO,                                :

                    Plaintiff,         :        CV 09 - 4087 (LDW)(ETB)

      -against-                               :

JP MORGAN CHASE BANK, N.A.,          :        **AFFIDAVIT OF SERVICE**

                    Defendant.    :

----------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Marlene M. Thompson, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, N.A., and that on the 23rd day September, 2009, deponent served the within:

**NOTICE OF REMOVAL**

To:   Oliver Hull, Esq.
       320 West Main Street
       Sayville, NY 11782
       (631) 567-8793

       Attorney for Plaintiff

       Supreme Court of the State of New York
       County of Suffolk
       Clerk's Office
       210 Center Drive
       Riverhead, New York 11901

at the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
____ day of September 23, 2009

_Susan McNamara_
Notary Public

SUSAN McNAMARA
Notary Public, State of New York
No. 43-4836571
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires July 31, 2013